IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL SCIENCE, ACCURACY, & RELIABILITY, *et al.*, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) 17-cv-02313 (JDB)<br>) |
| U.S. DEPARTMENT OF INTERIOR, *et al.*, | )<br>)<br>) |
| Defendants, | )<br>) |
| NATURAL RESOURCES DEFENSE COUNCIL, INC.<br>40 West 20th Street<br>New York, NY 10011; | )<br>)<br>)<br>)<br>) |
| NATIONAL AUDUBON SOCIETY<br>1200 18 Street NW<br>Washington, DC 20036; | )<br>)<br>)<br>) |
| CENTER FOR BIOLOGICAL DIVERSITY,<br>378 North Main Avenue<br>Tucson, AZ 85701; | )<br>)<br>)<br>)<br>) |
| ENDANGERED HABITATS LEAGUE<br>8424 Santa Monica Blvd., Suite A592<br>Los Angeles, CA 90069; | )<br>)<br>)<br>) |
| LAGUNA GREENBELT, INC.<br>P.O. Box 860<br>Laguna Beach, CA 92652 | )<br>)<br>)<br>) |
| Proposed-Defendant-Intervenors. | )<br>) |

**CONSERVATION GROUPS' MOTION TO INTERVENE**

Pursuant to Federal Rule of Civil Procedure 24(a), Proposed-Defendant-Intervenors Natural Resources Defense Council, National Audubon Society, Center for Biological Diversity, Endangered Habitats League, and Laguna Greenbelt (collectively, Conservation Groups) respectfully move to intervene as defendants in the above-captioned action. In the alternative, Conservation Groups move for permissive intervention under Federal Rule of Civil Procedure 24(b). In support of this motion, Conservation Groups submit the accompanying (1) Memorandum in Support of Conservation Groups' Motion to Intervene; (2) Declaration of Ileene Anderson; (3) Declaration of Victor Benson; (4) Declaration of Cathleen E. Chadwick; (5) Declaration of Sandra DeSimone; (6) Declaration of Robert A. Hamilton; (7) Declaration of Victor Leipzig; (8) Declaration of Jess Morton; (9) Declaration of Allan Schoenherr; (10) Declaration of Gina Trujillo; (11) Proposed Order; and (12) Corporate Disclosure Statement.

Pursuant to LCvR 7(m), counsel for Conservation Groups has conferred with counsel for the parties. Counsel for Plaintiffs indicated that Plaintiffs reserve their position on this motion pending their review of the motion and its supporting materials; counsel for Federal Defendants similarly indicated that Federal Defendants reserve their position on this motion pending their review of the motion and its supporting materials. Pursuant to LCvR 7(j), Conservation Groups lodge as Exhibit A to this motion their Proposed Answer.

December 22, 2017                              Respectfully submitted,

                                               /s/ Jared E. Knicley

Jared E. Knicley (D.C. Bar 1027257)
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
202-513-6242
jknicley@nrdc.org

Rebecca J. Riley (*pro hac vice* pending)
Natural Resources Defense Council
20 N. Wacker Drive, Suite 1600
Chicago, IL 60606
312-651-7913
rriley@nrdc.org

*Attorneys for Proposed-Defendant-Intervenors Natural Resources Defense Council, Endangered Habitats League, and Laguna Greenbelt*


/s/ Elizabeth Forsyth
Elizabeth Forsyth (*pro hac vice* pending)
800 Wilshire Boulevard, Suite 1000
Los Angeles, CA 90017
415-217-2126
eforsyth@earthjustice.org

*Attorney for Proposed-Defendant-Intervenor National Audubon Society*


/s/ Ryan Adair Shannon
Ryan Adair Shannon (D.C. Bar OR00007)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
503-283-5474 ext. 407
rshannon@biologicaldiversity.org

*Attorney for Proposed-Defendant-Intervenor Center for Biological Diversity*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2017, I electronically filed the foregoing Conservation Groups' Motion to Intervene and supporting documents with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

I further certify that on December 22, 2017, I served the foregoing Conservation Groups' Motion to Intervene and supporting documents on the following counsel for Federal Defendants via e-mail (with consent):

>Devon L. Flanagan
>U.S. DEPARTMENT OF JUSTICE
>Environment and Natural Resources Division
>Wildlife and Marine Resources Section
>Ben Franklin Station, P.O. Box 7611
>Washington, DC 20044
>devon.flanagan@usdoj.gov

December 22, 2017                         Respectfully submitted,

/s/ Jared E. Knicley
Jared E. Knicley (D.C. Bar 1027257)
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
202-513-6242
jknicley@nrdc.org

*Attorney for Proposed-Defendant-Intervenors Natural Resources Defense Council, Endangered Habitats League, and Laguna Greenbelt*