UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR ENVIRONMENTAL SCIENCE, ACCURACY, & RELIABILITY, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,**<br><br>**Defendants,**<br><br>**NATURAL RESOURCES DEFENSE COUNCIL, INC., et al.,**<br><br>**Defendant-Intervenors.** | Civil Action No. 17-2313 (JDB) |

## ORDER

Before the Court is [8] a motion to intervene as defendants filed by the Natural Resources Defense Council, National Audubon Society, Center for Biological Diversity, Endangered Habitats League, and Laguna Greenbelt (collectively, the "Conservation Groups"). Plaintiffs and federal defendants have indicated that they take no position on the motion to intervene. See Federal Defendants' Response to Mot. to Intervene [ECF No. 13] at 1; Plaintiffs' Response to Mot. to Intervene [ECF No. 14]. To the extent that standing is required to intervene in this case, see Mot. to Intervene [ECF No. 8] at 10 n.2, the Conservation Groups have satisfied the requirements for Article III standing. They have also met the requirements to intervene as of right pursuant to Federal Rule of Civil Procedure 24(a)(2). And they have alternatively shown that permissive intervention under Federal Rule of Civil Procedure 24(b) is appropriate here. Accordingly, it is

1

hereby

**ORDERED** that [8] the Conservation Groups' motion to intervene is GRANTED; it is further

**ORDERED** that the Conservation Groups are joined as defendants in this action; and it is further

**ORDERED** that the Clerk of Court shall docket [8-1] as the Conservation Groups' answer to the complaint in this matter.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: January 12, 2018