IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL SCIENCE, ACCURACY & RELIABILITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF INTERIOR, et al., <br><br> Defendants, <br><br> NATURAL RESOURCE DEFENSE COUNCIL, INC., et al., <br><br> Defendant-Intervenors. | No. 1:17-cv-02313-JDB |

## PROPOSED JOINT BRIEFING SCHEDULE

Pursuant to the Court's order of January 12, 2018, Plaintiffs Center for Environmental Science, Accuracy & Reliability, *et al.*, Federal Defendants United States Department of the Interior, *et al.*, and Defendant-Intervenors Natural Resources Defense Council, *et al.*, hereby submit the following proposed briefing schedule:

- No later than February 26, 2018, Federal Defendants shall serve a copy of the administrative record upon the parties in electronic format;

- No later than March 28, 2018, Plaintiffs and Defendant-Intervenors shall notify Federal Defendants whether Plaintiffs or Defendant-Intervenors believe

that the administrative record is complete or, instead, should be supplemented and/or augmented with additional materials;

- No later than April 12, 2018, Federal Defendants shall respond to any such notice, and the parties will attempt to resolve informally any disputes regarding the contents of the administrative record;

- No later than April 19, 2018, the parties shall file a joint status report notifying the Court whether the parties have reached agreement that the record for judicial review is complete. If any disputes regarding the contents of the administrative record cannot be resolved informally, the parties will propose a briefing schedule for the filing of motions to resolve such disputes.

- If the parties agree that the administrative record is complete, Federal Defendants shall file with the Court the certified list of the record's contents no later than April 26, 2018. If instead a motion pertaining to the record is filed, Federal Defendants shall file with the Court the certified list of the record's contents no later than 14 days following the Court's disposition of any such motion.

- No later than 60 days after the filing of the certified list of the administrative record's contents, Plaintiffs shall file their motion for summary judgment on the administrative record.

- No later than 30 days after the filing of Plaintiffs' motion for summary judgment, Federal Defendants shall file their combined cross-motion for

2

summary judgment on the administrative record and opposition to Plaintiffs' motion for summary judgment.

- No later than 7 days after the filing of Federal Defendants' combined cross-motion for summary judgment and opposition, Defendant-Intervenors shall file their combined cross-motion for summary judgment on the administrative record and opposition to Plaintiffs' motion for summary judgment.

- No later than 30 days after the filing of Defendant-Intervenors' cross-motion for summary judgment and opposition, Plaintiffs shall file their combined opposition and reply to the pending motions.

- No later than 30 days after the filing of Plaintiffs' combined opposition and reply, Federal Defendants shall file their reply to the pending motions.

- No later than 3 days after the filing of Federal Defendants' reply, Defendant-Intervenors shall file their reply to the pending motions.

Respectfully submitted,

DATED: January 29, 2018.

JONATHAN WOOD
D.C. Bar No. 1045015
E-mail: jw@pacificlegal.org
Pacific Legal Foundation
3033 Wilson Blvd., Suite 700
Arlington, Virginia 22201
Telephone: (202) 888-6881

s/ Damien M. Schiff
DAMIEN M. SCHIFF*
Cal. Bar No. 235101
E-mail: dms@pacificlegal.org
ANTHONY L. FRANÇOIS*
Cal. Bar No. 184100
E-mail: alf@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
*Pro Hac Vice

*Attorneys for Plaintiffs*

DATED: January 29, 2018.          JEFFREY H. WOOD
                                  Acting Assistant Attorney General
                                  U.S. Department of Justice
                                  Environment and Natural Resources Division
                                  SETH M. BARSKY, Section Chief
                                  MEREDITH L. FLAX, Asst. Section Chief


                                  <u>s/ Devon Lea Flanagan (with permission)</u>
                                  DEVON LEA FLANAGAN
                                  Trial Attorney, D.C. Bar No. 1022195
                                  Wildlife and Marine Resources Section
                                  601 D Street N.W.
                                  Washington, D.C. 20530-0001
                                  (202) 305-0201 (tel.)
                                  (202) 305-0275 (fax)

                                  *Attorneys for Federal Defendants*

<u>OF COUNSEL</u>
Cheryll Dobson, Assistant Regional Solicitor
Pacific Southwest Regional Office
United States Department of the Interior
2800 Cottage Way, Room E-1712
Sacramento, CA 95825
(916) 978-5684

DATED: January 29, 2018.                s/ Jared E. Knicley (with permission)
                                        Jared E. Knicley (D.C. Bar 1027257)
                                        Natural Resources Defense Counsel
                                        1152 15th Street NW, Suite 300
                                        Washington, DC 20005
                                        202-513-6242
                                        jknicley@nrdc.org

                                        Rebecca J. Riley (*pro hac vice*)
                                        Natural Resources Defense Counsel
                                        20 N. Wacker Drive, Suite 1600
                                        Chicago, IL 60606
                                        312-651-7913
                                        rriley@nrdc.org

                                        *Attorneys for Defendant-Intervenors*
                                        *Natural Resources Defense Council,*
                                        *Endangered Habitats League,*
                                        *and Laguna Greenbelt*


DATED: January 29, 2018.                s/ Elizabeth Forsyth (with permission)
                                        Elizabeth Forsyth (*pro hac vice*)
                                        800 Wilshire Boulevard, Suite 1000
                                        Los Angeles, CA 90017
                                        415-217-2126
                                        eforsyth@earthjustice.org

                                        *Attorney for Defendant-Intervenor*
                                        *National Audubon Society*

DATED: January 29, 2018.                s/ Ryan Adair Shannon (with permission)
                                        Ryan Adair Shannon (D.C. Bar OR00007)
                                        Center for Biological Diversity
                                        P.O. Box 11374
                                        Portland, OR 97211
                                        503-283-5474 ext. 407
                                        rshannon@biologicaldiversity.org

                                        *Attorney for Defendant-Intervenor*
                                        *Center for Biological Diversity*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

                                            s/ Damien M. Schiff
                                            DAMIEN M. SCHIFF

Proposed Joint Briefing Schedule