UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR ENVIRONMENTAL SCIENCE, ACCURACY, & RELIABILITY, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,**<br><br>**Defendants,**<br><br>**NATURAL RESOURCES DEFENSE COUNCIL, INC., et al.,**<br><br>**Defendant-Intervenors.** | Civil Action No. 17-2313 (JDB) |

## ORDER

Upon consideration of [20] the parties' proposed joint briefing schedule, and the entire record herein, it is hereby **ORDERED** that the following schedule shall govern further proceedings in this matter:

1. By not later than February 26, 2018, Federal Defendants shall serve a copy of the administrative record upon the parties in electronic format.

2. By not later than March 28, 2018, Plaintiffs and Defendant-Intervenors shall notify Federal Defendants whether Plaintiffs or Defendant-Intervenors believe that the administrative record is complete or, instead, should be supplemented and/or augmented with additional materials.

3. By not later than April 12, 2018, Federal Defendants shall respond to any such notice, and the parties will attempt to resolve informally any disputes regarding the contents of the administrative record.

4. By not later than April 19, 2018, the parties shall file a joint status report notifying the Court whether the parties have reached agreement that the record for judicial review is complete. If any disputes regarding the contents of the administrative record cannot be resolved informally, the parties will propose a briefing schedule for the filing of motions to resolve such disputes.

5. If the parties agree that the administrative record is complete, Federal Defendants shall file with the Court the certified list of the record's contents by not later than April 26, 2018. If instead a motion pertaining to the record is filed, Federal Defendants shall file with the Court the certified list of the record's contents by not later than 14 days following the Court's disposition of any such motion.

6. By not later than 60 days after the filing of the certified list of the administrative record's contents, Plaintiffs shall file their motion for summary judgment on the administrative record.

7. By not later than 30 days after the filing of Plaintiffs' motion for summary judgment, Federal Defendants shall file their combined cross-motion for summary judgment on the administrative record and opposition to Plaintiffs' motion for summary judgment.

8. By not later than 7 days after the filing of Federal Defendants' combined cross-motion for summary judgment and opposition, Defendant-Intervenors shall file their combined cross-motion for summary judgment on the administrative record and opposition to Plaintiffs' motion for summary judgment.

9. By not later than 30 days after the filing of Defendant-Intervenors' cross-motion for summary judgment and opposition, Plaintiffs shall file their combined opposition and reply to the pending motions.

10. By not later than 30 days after the filing of Plaintiffs' combined opposition and reply, Federal Defendants shall file their reply to the pending motions.

11. By not later than 3 days after the filing of Federal Defendants' reply, Defendant-Intervenors shall file their reply to the pending motions.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: January 30, 2018