**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL SCIENCE, ACCURACY, & RELIABILITY, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>　　　　　　Defendants,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC., et al.,<br><br>　　　　　　Defendant-Intervenors. | No. 1:17-cv-02313 (JDB) |

## JOINT STATUS REPORT

On January 30, 2018, the Court issued a Scheduling Order requiring Federal Defendants to serve a copy of the administrative record upon the parties, setting deadlines for communications between the parties regarding the completeness of the record, and ordering the parties to file a joint status report by April 19, 2018, informing the Court of the outcome of those discussions. *See* ECF No. 21. The parties hereby notify the Court that they have reached an agreement that the administrative record is complete.

As provided in the Scheduling Order, Federal Defendants shall file the certified list of the record's contents no later than April 26, 2018. The parties will then proceed to summary judgment briefing in accordance with the briefing schedule established in the Scheduling Order.

Respectfully submitted April 16, 2018.

        JEFFREY H. WOOD
        Acting Assistant Attorney General
        U.S. Department of Justice
        Environment and Natural Resources Division
        SETH M. BARSKY, Section Chief
        MEREDITH L. FLAX, Asst. Section Chief

        /s/ *Devon Lea Flanagan*
        DEVON LEA FLANAGAN
        Trial Attorney, D.C. Bar No. 1022195
        Wildlife and Marine Resources Section
        601 D Street N.W.
        Washington, D.C. 20530-0001
        (202) 305-0201 (tel.)
        (202) 305-0275 (fax)
        devon.flanagan@usdoj.gov

OF COUNSEL
Cheryll Dobson, Assistant Regional Solicitor
Pacific Southwest Regional Office
United States Department of the Interior
2800 Cottage Way, Room E-1712
Sacramento, CA 95825
(916) 978-5684

        *Attorneys for Federal Defendants*


        s/ *Damien M. Schiff*
JONATHAN WOOD        DAMIEN M. SCHIFF*
D.C. Bar No. 1045015        Cal. Bar No. 235101
E-mail: jw@pacificlegal.org        E-mail: dms@pacificlegal.org
Pacific Legal Foundation        ANTHONY L. FRANÇOIS*
3033 Wilson Blvd., Suite 700        Cal. Bar No. 184100
Arlington, Virginia 22201        E-mail: alf@pacificlegal.org
Telephone: (202) 888-6881        Pacific Legal Foundation
        930 G Street
        Sacramento, California 95814
        Telephone: (916) 419-7111
        Facsimile: (916) 419-7747

        **Pro Hac Vice*

*Attorneys for Plaintiffs*


/s/ *Jared E. Knicley*
Jared E. Knicley (D.C. Bar 1027257)
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
202-513-6242
jknicley@nrdc.org

Rebecca J. Riley (*pro hac vice*)
Natural Resources Defense Council
20 N. Wacker Drive, Suite 1600
Chicago, IL 60606
312-651-7913
rriley@nrdc.org

*Attorneys for Defendant-Intervenors Natural Resources Defense Council, Endangered Habitats League, and Laguna Greenbelt*


/s/ *Elizabeth Forsyth*
Elizabeth Forsyth (*pro hac vice*)
800 Wilshire Boulevard, Suite 1000
Los Angeles, CA 90017
415-217-2126
eforsyth@earthjustice.org

*Attorney for Defendant-Intervenor National Audubon Society*


/s/ *Ryan Adair Shannon*
Ryan Adair Shannon
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
503-283-5474 ext. 407
rshannon@biologicaldiversity.org

*Attorney for Defendant-Intervenor Center for Biological Diversity*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 16, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

                                    */s/ Devon Lea Flanagan*
                                    DEVON LEA FLANAGAN
                                    Trial Attorney
                                    D.C. Bar No. 1022195
                                    Wildlife and Marine Resources Section
                                    601 D Street N.W.
                                    Washington, D.C. 20530-0001
                                    (202) 305-0201 (tel.)
                                    (202) 305-0275 (fax)
                                    devon.flanagan@usdoj.gov

                                    *Attorney for Federal Defendants*