# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CENTER FOR ENVIRONMENTAL SCIENCE, ACCURACY, & RELIABILITY, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 17-cv-02313 (JDB) |
| U.S. DEPARTMENT OF INTERIOR, *et al.*, | ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*, | ) ) ) | |
| Defendant-Intervenors. | ) | |

**CONSERVATION GROUPS' MOTION FOR SUMMARY JUDGMENT**

Under Federal Rule of Civil Procedure 56 and LCvR 7(h), Defendant-Intervenors Natural Resources Defense Council, National Audubon Society, Center for Biological Diversity, Endangered Habitats League, and Laguna Greenbelt (collectively, Conservation Groups) hereby move for summary judgment on all counts in plaintiffs' complaint. *See* ECF No. 1. As an initial matter, plaintiffs have failed to meet their burden of showing standing to bring this suit. Moreover, contrary to plaintiffs' merits arguments, the administrative record shows that federal defendants acted reasonably and within their legal authority when denying plaintiffs' Endangered Species Act petition to delist the coastal California gnatcatcher, and did not violate the Federal Advisory Committee Act by contracting

with a private consultant to collect opinions from independent experts regarding the taxonomic status of the coastal California gnatcatcher. Federal defendants and Conservation Groups are thus entitled to summary judgment as to all counts in plaintiffs' complaint.

In support of this motion, Conservation Groups submit the accompanying (1) Memorandum in Support of Conservation Groups' Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment, and (2) Proposed Order.

July 30, 2018                                  Respectfully submitted,

/s/ Jared E. Knicley
Jared E. Knicley (D.C. Bar 1027257)
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
202-513-6242
jknicley@nrdc.org

Rebecca J. Riley (*pro hac vice*)
Natural Resources Defense Council
20 N. Wacker Drive, Suite 1600
Chicago, IL 60606
312-651-7913
rriley@nrdc.org

*Attorneys for Defendant-Intervenors Natural Resources Defense Council, Endangered Habitats League, and Laguna Greenbelt*

/s/ Elizabeth Forsyth
Elizabeth Forsyth (*pro hac vice*)
800 Wilshire Boulevard, Suite 1000
Los Angeles, CA 90017

415-217-2126
eforsyth@earthjustice.org

*Attorney for Defendant-Intervenor National Audubon Society*

/s/ Ryan Adair Shannon
Ryan Adair Shannon (D.D.C. Bar OR00007)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
503-283-5474 ext. 407
rshannon@biologicaldiversity.org

*Attorney for Defendant-Intervenor Center for Biological Diversity*